NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  09-26 (PLF)

Rico Rodrigus Williams
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)   PRO BONO Co-COUNSEL TO FEDERAL PUBLIC DEFENDER

☐ CJA           ☐ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Phyllis Jones - D.D.C. Bar No. 983154
*(Attorney & Bar ID Number)*
Covington & Burling LLP
*(Firm Name)*
1201 Pennsylvania Avenue NW
*(Street Address)*
Washington          DC          20018
*(City)*              *(State)*       *(Zip)*
202.662.5868
*(Telephone Number)*